IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CONTRERAS,<br><br>  Plaintiff,<br><br> v.<br><br>FERNANDO TUVERA, et al.,<br><br>  Defendants. | No. C 15-05510 EJD (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE COURT WITH MORE INFORMATION FOR UNSERVED DEFENDANT** |

Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison ("SVSP") in Soledad, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 against SVSP officials. On March 10, 2016, the Court issued an order of service upon SVSP Defendants. (Docket No. 6.) On March 30, 2016, Litigation Coordinator G. Lopez sent a letter to the Court indicating that Defendant Nurse H. Hanter had resigned on June 2, 2015. (Docket No. 27.) Accordingly, this Defendant has not been served.

Although a plaintiff who is incarcerated and proceeding in forma pauperis may rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987). Here, Plaintiff

has not provided sufficient information to allow the Marshal to locate and serve Defendant Nurse H. Hanter and therefore Plaintiff must remedy the situation or face dismissal of his claims against this defendant without prejudice.  See Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (holding prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) where prisoner failed to show he had provided Marshal with sufficient information to effectuate service).

Accordingly, Plaintiff must file a notice providing the Court with an accurate and current address for **Defendant Nurse H. Hanter** such that the Marshal is able to effect service.  If Plaintiff fails to provide the Court with the information requested **within thirty (30) days** of the date this order is filed, Plaintiff's claims against this Defendant will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: 4/7/2016

EDWARD J. DAVILA
United States District Judge