IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CONTRERAS, ) | No. C 15-05510 EJD (PR) |
| Plaintiff, ) | **ORDER DISMISSING UNSERVED DEFENDANT NURSE H. HANTER** |
| v. ) | |
| FERNANDO TUVERA, et al., ) | |
| Defendants. ) | |

    Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison ("SVSP") in Soledad, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 against SVSP officials. On March 10, 2016, the Court issued an order of service upon SVSP Defendants. (Docket No. 6.) On March 30, 2016, Litigation Coordinator G. Lopez sent a letter to the Court indicating that Defendant Nurse H. Hanter had resigned on June 2, 2015, and that attempts to contact this Defendant were unsuccessful. (Docket No. 27.) On April 7, 2016, the Court issued an order directing Plaintiff to file a notice providing the Court with an accurate and current address for Defendant Nurse H. Hanter such that the Marshal could effectuate service. (Docket No. 29.) Plaintiff was advised that if he failed to provide the Court with the information requested within thirty days, that Plaintiff's claims against this Defendant would be dismissed without prejudice pursuant

1   to Rule 4(m) of the Federal Rules of Civil Procedure.  (<u>Id.</u> at 2.)   Plaintiff has not
2   provided the Court with the information requested.
3        Although a plaintiff who is incarcerated and proceeding <u>in forma pauperis</u> may
4   rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to
5   effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon
6   the appropriate defendant and attempt to remedy any apparent defects of which [he] has
7   knowledge."  <u>Rochon v. Dawson</u>, 828 F.2d 1107, 1110 (5th Cir. 1987).  Here, Plaintiff's
8   complaint has been pending for over 90 days, and thus, absent a showing of "good
9   cause," is subject to dismissal without prejudice.  <u>See</u> Fed. R. Civ. P. 4(m).
10       Accordingly, Plaintiff's claim against Defendant Nurse H. Hanter is **DISMISSED**
11  without prejudice.  The Clerk shall terminate Defendant Nurse H. Hanter and remove this
12  Defendant them from the Docket.
13       **IT IS SO ORDERED.**

15  DATED:   5/13/2016

                                            EDWARD J. DAVILA
16                                          United States District Judge

Order Dismissing Unserved Defendant Nurse H. Hanter
P:\PRO-SE\EJD\CR.15\05510Contreras_4mdism-Hanter.wpd          2